■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH A. SILVERA, Appellant. [619 NYS2d 943] —Appeal by the defendant (1) from a judgment of the Supreme Court, Kings County (Aiello, J.), rendered October 25, 1990, convicting him of murder in the second degree and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence, and (2) by permission, as limited by his brief, from so much of an order of the same court, dated June 4, 1992, as denied, without a hearing, the branch of his motion which was to vacate the judgment of conviction pursuant to CPL 440.10. The appeal brings up for review so much of an order of the same court, dated July 7, 1992, as, upon reargument, adhered to the original determination.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH A. SILVERA, Appellant. [619 NYS2d 943] —Motion by the defendant for leave to file an addendum to his supplemental pro se brief on appeals from a judgment of the Supreme Court,

Kings County, rendered October 25, 1990, and an order of the same court dated June 4, 1992.

Upon the papers filed in support of the motion and upon the papers filed in opposition thereto, it is

Ordered that the motion is denied. Mangano, P. J., Thompson, Sullivan and Miller, JJ., concur.